# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PETER E. PFLAUM,**
        **Plaintiff,**

-vs-                                                **Case No. 6:06-cv-1760-Orl-19DAB**

**THOMAS PFLAUM, ET AL.,**
        **Defendants.**

## ORDER

This case is before the Court on Plaintiff's Motion For Leave To Proceed In Forma Pauperis (Doc. No. 7) filed November 28, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be denied and the case dismissed for lack of jurisdiction.

After an independent *de novo* review of the record in this matter, and taking into consideration the document filed by Plaintiff at docket number 12 as an objection by the Plaintiff to the Report and Recommendation, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 1, 2006 (Doc. No. 10) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Complaint is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e).

3. The Motion To Proceed *in forma pauperis* is **DENIED as moot.**

4. All other pending motions are **DENIED as moot.**

5.  This case was transferred to Judge Antoon to be considered with Case No. 6:06-cv-244-Orl-28KRS. (Doc. No. 13). Case No. 6:06-cv-244-Orl-28KRS was dismissed on June 22, 2006. Although Plaintiff was given an opportunity to file an amended complaint in that case, he had to do so within eleven (11) days from the date of that Order; he failed to do so. The motions filed in that case after its dismissal will be denied as moot in a separate order.

6.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __19__ day of March, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party